1  HOLLAND & KNIGHT LLP

2  Joshua C. Krumholz (*Pro Hac Vice*)
3  Courtney L. Batliner (*Pro Hac Vice*)
   10 St. James Ave.
4  Boston, MA 02116
   Telephone: (617) 523-2700
5  Facsimile: (617) 523-6850
6  joshua.krumholz@hklaw.com
   courtney.batliner@hklaw.com
7
   Vito A. Costanzo (SBN132754)
8  Franco J. Tenerelli (SBN 248437)
   400 South Hope Street, 8th Floor
9  Los Angeles, CA 90071
10 Telephone (213) 896-2400
   Facsimile (213) 896-2450
11 vito.costanzo@hklaw.com
   franco.tenerelli@hklaw.com
12
13 *Attorneys for Defendants*
   *HASBRO, INC. and HASBRO*
14 *INTERNATIONAL, INC*

15

FILED
CLERK, U.S. DISTRICT COURT

JUN -7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

16               UNITED STATES DISTRICT COURT
17               CENTRAL DISTRICT OF CALIFORNIA
18

19 DAVID ROTH,                        )   CASE NO.  CV13-01835-GW(Ex)
                                      )
20           Plaintiff,               )
                                      )
21      vs.                           )
                                      )   [~~PROPOSED~~] **ORDER**
22                                    )   **GRANTING STIPULATED**
   HASBRO, INC., a Delaware           )   **PROTECTIVE ORDER**
23 corporation, HASBRO                )
   INTERNATIONAL, INC., a             )
24 Massachusetts corporation and      )
   DOES 1 thru 10, inclusive,         )
25                                    )
                                      )
26           Defendants.              )
                                      )
27                                    )
                                      )
28 _____    )

1
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having duly considered the Stipulated Protective Order between Plaintiff David Roth and Defendants Hasbro, Inc. and Hasbro International, Inc. (collectively, the "Parties") and having found good cause,

IT IS HEREBY ORDERED THAT:

The Court hereby approves the Parties' Stipulated Protective Order.

IT IS SO ORDERED.

Dated: 6/7, 2013

Hon. ~~George H. Wu,~~ Charles F. Eick
United States ~~District Court Judge~~
Magistrate Judge

#23430838_v1