1   HOLLAND & KNIGHT LLP

2
    Joshua C. Krumholz (*Pro Hac Vice*)
3   Courtney L. Batliner (*Pro Hac Vice*)
    10 St. James Ave.
4   Boston, MA 02116
    Telephone: (617) 523-2700
5   Facsimile: (617) 523-6850
    joshua.krumholz@hklaw.com
6   courtney.batliner@hklaw.com

7
    Vito A. Costanzo (SBN132754)
8   Franco J. Tenerelli (SBN 248437)
    400 South Hope Street, 8th Floor
9   Los Angeles, CA 90071
    Telephone (213) 896-2400
10  Facsimile (213) 896-2450
    vito.costanzo@hklaw.com
11  franco.tenerelli@hklaw.com

12

13  *Attorneys for Defendants*
    *HASBRO, INC. and HASBRO*
14  *INTERNATIONAL, INC*

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

19  DAVID ROTH,                    )   CASE NO.  CV13-01835-GW(Ex)
                                   )
20          Plaintiff,             )
                                   )
21      vs.                        )   **[PROPOSED] ORDER**
                                   )   **GRANTING STIPULATED**
22  HASBRO, INC., a Delaware       )   **PROTECTIVE ORDER**
    corporation, HASBRO            )
23  INTERNATIONAL, INC., a         )
    Massachusetts corporation and  )
24                                 )
    DOES 1 thru 10, inclusive,     )
25                                 )
            Defendants.            )
26                                 )
                                   )
27                                 )
                                   )
28  _____  )

                                1

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1

## ORDER

2

3    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4         Having duly considered the Stipulated Protective Order between Plaintiff

5    David Roth and Defendants Hasbro, Inc. and Hasbro International, Inc.

6
     (collectively, the "Parties") and having found good cause,
7

8         IT IS HEREBY ORDERED THAT:

9         The Court hereby approves the Parties' Stipulated Protective Order.

10

11

12   IT IS SO ORDERED.

13

14   Dated: 6 / 7 , 2013

15                                    Hon. ~~George H. Wu,~~ Charles F. Eick
16                                    United States ~~District Court Judge~~
                                         Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27   #23430838_v1

28

                                        2
                 [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER