JS-6

HOLLAND & KNIGHT, LLP
 Vito A. Costanzo (SBN132754)
 vito.costanzo@hklaw.com
 Stacey H. Wang (SBN 245195)
 stacey.wang@hklaw.com
400 South Hope St. 8th Floor
Los Angeles, CA 90071
Tel:  (213) 896-2400
Fax:  (213) 896-2450

 Joshua C. Krumholz (*Pro Hac Vice*)
 joshua.krumholz@hklaw.com
 Courtney L. Batliner (*Pro Hac Vice*)
 courtney.batliner@hklaw.com
 Mark T. Goracke (*Pro Hac Vice*)
 mark.goracke@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel:   (617) 305-2102
Fax:   (617) 523-6850

Attorneys for Defendants
HASBRO, INC. and
HASBRO INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROTH,<br><br>         Plaintiff,<br>    vs.<br><br>HASBRO, INC., a Rhode Island corporation, HASBRO INTERNATIONAL, INC., a Massachusetts corporation,<br><br>         Defendants. | Case No. 2:13-cv-01835-GW (Ex)<br>Hon. George H. Wu<br><br>**JUDGMENT** |

On December 9, 2013, Defendants Hasbro Inc. and Hasbro International, Inc. filed a Motion for Summary Judgment or, Alternatively, for Summary Adjudication on all causes of action in Plaintiff David Roth's Complaint (the "Motion").  (Dkt. 30).  The Court held a hearing on the Motion on January 16, 2014, ordered supplemental briefing on February 13, 2014, and heard additional arguments from counsel on April 3, 2014.  (Dkts. 49, 63, 66, 67).

After considering all of the evidence presented and the argument of counsel, the Court granted summary judgment in favor of Defendants Hasbro, Inc. and Hasbro International, Inc. on all causes of action.  (Dkt.76).

ACCORDINGLY, IT IS ORDERED AND ADJUDGED that Plaintiff David Roth takes nothing, that the action is dismissed with prejudice; Hasbro is entitled to seek recovery of reasonable costs pursuant to Local Rule 54-1 et seq.

IT IS SO ORDERED.


Dated: <u>April 9, 2014</u>

*[signature]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE